AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
March 26, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____APV_____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Wilson Daniel FUENTES-RODRIGUEZ | ) Case No. EP: 25-M-1294-MAT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 29, 2023__ in the county of __El Paso, Texas__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | Being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Nicole Chinn, HSI Special Agent
*Printed name and title*

telephonically
Sworn to ~~before me and signed in my presence.~~

Date: March 26, 2025 at 12:44 p.m.

_____
Judge's signature

City and state: E Paso, Texas

Miguel A. Torres, United States Magistate Judge
*Printed name and title*

AFFIDAVIT

The DEFENDANT, Wilson Daniel FUENTES-RODRIGUEZ, an alien to the United States and a citizen of Venezuela, illegally entered the United States from the Republic of Mexico on March 29, 2023, approximately one mile north of the Bridge of the Americas Port of Entry in El Paso, Texas, in the Western District of Texas.  Border Patrol Agents determined FUENTES-RODRIGUEZ had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States.  After determining that FUENTES-RODRIGUEZ was an alien who illegally entered the United States, FUENTES-RODRIGUEZ was transported to the Laredo Sector Enhanced Centralized Processing Center in Laredo, Texas for further processing.

Based on the aforementioned facts, the affiant believes FUENTES-RODRIGUEZ committed the offense of 8 USC 1325.